IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER J. WATSON
  a/k/a "Lemon Head"
_____/

INDICTMENT

3:26cr2-MCR

THE GRAND JURY CHARGES:

COUNT ONE

Between on or about January 1, 2024, and on or about December 18, 2025, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER J. WATSON,**
**a/k/a "Lemon Head,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and 841(b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

<u>Enhanceable Prior Convictions</u>

On or about July 21, 2006, **CHRISTOPHER J. WATSON, a/k/a "Lemon Head,"** was convicted in the Northern District of Florida of a serious drug felony, that is, Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Cocaine, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(i), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and was released from service of any term within fifteen years of the commencement of the offense charged in this count.

On or about November 23, 2010, **CHRISTOPHER J. WATSON, a/k/a "Lemon Head,"** was convicted in the Northern District of Florida of a serious drug felony, that is, Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Cocaine, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(i), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and was released from service of that term within fifteen years of the commencement of the offense charged in this count.

**COUNT TWO**

Between on or about January 1, 2024, and on or about December 18, 2025,

in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER J. WATSON,**
**a/k/a "Lemon Head,"**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to use a communication facility, to wit, telephone and cellular telephone facilities, in facilitating the commission of an act constituting a felony under Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 843(b).

All in violation of Title 21, United States Code, Section 846.

<u>Enhanceable Prior Convictions</u>

On or about July 21, 2006, **CHRISTOPHER J. WATSON, a/k/a "Lemon Head,"** was convicted in the Northern District of Florida of a serious drug felony, that is, Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Cocaine, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(i), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and was released from service of any term within fifteen years of the commencement of the offense charged in this count.

On or about November 23, 2010, **CHRISTOPHER J. WATSON, a/k/a "Lemon Head,"** was convicted in the Northern District of Florida of a serious

drug felony, that is, Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Cocaine, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(i), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and was released from service of that term within fifteen years of the commencement of the offense charged in this count.

## COUNT THREE

Between on or about January 1, 2024, and on or about December 18, 2025, in the Northern District of Florida and elsewhere, the defendant,

**CHRISTOPHER J. WATSON,**
a/k/a "Lemon Head,"

did knowingly combine, conspire, confederate, and agree with other persons to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is, deposits into financial institution accounts, and the interstate transfer of funds via CashApp and Apple Cash, involving funds that were proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 846, and that the defendant knew to be the proceeds of some form of unlawful activity, with the intent to promote the carrying

on of the specified unlawful activity, and knowing that these transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT FOUR

On or about December 18, 2025, in the Northern District of Florida, the defendant,

**CHRISTOPHER J. WATSON,**
**a/k/a "Lemon Head,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, and this offense involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

<u>Enhanceable Prior Convictions</u>

On or about July 21, 2006, **CHRISTOPHER J. WATSON, a/k/a "Lemon Head,"** was convicted in the Northern District of Florida of a serious drug felony,

that is, Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Cocaine, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(i), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and was released from service of any term within fifteen years of the commencement of the offense charged in this count.

On or about November 23, 2010, **CHRISTOPHER J. WATSON, a/k/a "Lemon Head,"** was convicted in the Northern District of Florida of a serious drug felony, that is, Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Cocaine, an offense described in Title 18, United States Code, Section 924(e)(2)(A)(i), and Title 21, United States Code, Section 802(58), for which he served a term of imprisonment of more than twelve months and was released from service of that term within fifteen years of the commencement of the offense charged in this count.

## COUNT FIVE

On or about December 18, 2025, in the Northern District of Florida, the defendant,

**CHRISTOPHER J. WATSON,**
**a/k/a "Lemon Head,"**

before and during a search for and seizure of property, to wit, controlled substances, by a person authorized to make such search and seizure, knowingly did destroy, damage, dispose of, and take any action, and attempted to do so, for the purpose of preventing and impairing the Government's lawful authority to take such property into its custody and control.

In violation of Title 18, United States Code, Section 2232(a).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Counts One, Two, and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

From the defendant's engagement in the violations alleged in Counts One, Two, and Four, punishable by imprisonment for more than one year, the defendant,

**CHRISTOPHER J. WATSON,**
a/k/a "Lemon Head,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), all of the defendant's interest in:

A.    Property constituting or derived from any proceeds the defendant obtained directly or indirectly as the result of such violations.

B.    Property used in any manner or part to commit or to facilitate the commission of such violations.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

> i. cannot be located upon the exercise of due diligence;
>
> ii. has been transferred or sold to, or deposited with, a third person;
>
> iii. has been placed beyond the jurisdiction of this Court;
>
> iv. has been substantially diminished in value; or
>
> v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

## MONEY LAUNDERING FORFEITURE

The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1). From the defendant's engagement in the violation alleged in Count Three of this Indictment, the defendant,

**CHRISTOPHER J. WATSON,**
a/k/a "Lemon Head,"

shall forfeit to the United States of America any and all of the defendant's right, title, and interest in any property, real and personal, involved in such offense, and any property traceable to such property.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

███████████████████

FOREPERSON

1/6/26

DATE

*[signature]*

JOHN P. HEEKIN
United States Attorney

*[signature]*

DAVID L. GOLDBERG
Assistant United States Attorney

*[signature]*

JESSICA S. ETHERTON
Assistant United States Attorney

10